UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:21-cr 0037-
18 U.S.C. § 924(a)(1)(A)

RAKESH VERMA

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about October 16, 2020, in the Middle District of Florida, the

defendant,

RAKESH VERMA,

knowingly made a false statement and representation to employees of Shooters of

Jacksonville, Inc., a federally licensed firearms dealer under the provisions of

Chapter 44 of Title 18, United States Code, with respect to information required by

the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records

of Shooters of Jacksonville, Inc., in that the defendant did execute a Department of

Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms

Transaction Record, to the effect that the defendant was not subject to a court order

restraining the defendant from harassing, stalking, or threatening an intimate partner,

when in truth and fact, the defendant was subject to a Final Judgment of Injunction

for Protection Against Domestic Violence, in case number 16-2015-DR-002918-

DVAX-MA, in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, on or about January 12, 2016.

In violation of 18 U.S.C. § 924(a)(1)(A).

A TRUE BILL,

Foreperson

KARIN HOPPMANN
Acting United States Attorney

By:

CYRUS P. ZOMORODIAN
Special Assistant United States Attorney

By:

FRANK M. TALBOT
Chief, Jacksonville Division

FORM OBD-34
4/21/21 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## RAKESH VERMA

## INDICTMENT

Violations: Ct. 1: 18 U.S.C. § 924(a)(1)(A)

A true bill,

*Douglas Riegert-Johnson*
Foreperson

Filed in open court this _29th_ day

of April, 2021.

*Tracy S. Perrotti*
Clerk

Bail    $_____

GPO 863 525